**CHLOE S. DILLON**
California State Bar No. 273748
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Chloe_Dillon@fd.org

Attorneys for Mr. Zepeda-Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>JOSE LUIS ZEPEDA-RODRIGUEZ,<br><br>            Defendant. | CASE NO.:   19MJ24357-LL<br><br>Hon. Linda Lopez<br>Date: January 28, 2020<br>Time: 10:00 am<br><br>Notice of motions and motions to:<br><br>1) Motion to Dismiss;<br>2) Suppress Evidence; and<br>3) Grant leave to file further motions |

**TO:   ROBERT BREWER, UNITED STATES ATTORNEY; and
            MARK ROLAND REHE; ASSISTANT U.S. ATTORNEY:**

**PLEASE TAKE NOTICE** that on January 28, 2020 at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant, Mr. Zepeda-Rodriguez through his attorneys, Chloe S. Dillon and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motion.

## Motions

Defendant, Jose Luis Zepeda-Rodriguez by and through his attorneys, Chloe S. Dillon and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for and order to:

1) Motion to Dismiss;

2) Suppress Evidence; and

3) Grant leave to file further motions

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated:  January 7, 2020                *s/ Chloe S. Dillon*
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
                                        Email:  Chloe_Dillon@fd.org