# Index of Exhibits

*USA v. JOSE LUIS ZEPEDA-RODRIGUEZ*

*19MJ24357-LL*

Page

Ex A: Immigration Committee report The Eugenical Aspects of Deportation February 21, 1926 .................................................................................................................. 1

Ex B: CR House 3614 February 16, 1929 ..................................................................... 91

Ex C: CR House 5887 April 8, 1924............................................................................ 100

Ex D: CR House 2818 February 9, 1928 ..................................................................... 116

Ex E: CR House 2462 February 3, 1928...................................................................... 119

Ex F: Immigration Committee Report January 12, 1926 ............................................. 122

Ex G: Senate Report No. 1456 Making it a Felony with Penalty for Certain Aliens to Enter the United States under Certain Condition in Violation of Law Jan. 17, 1929 .... 158

Ex H: SR 5094 January 23, 1929 ................................................................................. 161

Ex I: House Report no. 2397 Deportation of Aliens February 6, 1929........................ 163

Ex J: CR House 3525 February 15, 1929 .................................................................... 178

Ex K: Hernandez CV Current...................................................................................... 191

Ex L: Gonzalez O' Brien CV ....................................................................................... 207