UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS ZEPEDA-RODRIGUEZ,<br><br>Defendant. | Case No.: 19MJ24357-LL<br><br>**ORDER DENYING: (1) DEFENDANT'S MOTION TO DISMISS; (2) DEFENDANT'S MOTION TO PROHIBIT COURTHOUSE ARREST; AND (3) DEFENDANT'S MOTION TO STAY**<br><br>**[ECF No. 43]** |

Currently before the Court are Defendant's: (1) Motion to Dismiss; (2) Motion to Prohibit Defendant's Civil Arrest at Court; and (3) Motion to Stay the Proceedings. ECF No. 43. The Court **DENIES** Defendant's Motions for the same reasons set forth in the Court's analysis in United States v. Ulises Romeo Lucas-Hernandez, 19MJ24522-LL, ECF No. 53 (October 21, 2020).

**IT IS SO ORDERED.**

Dated: October 23, 2020

Honorable Linda Lopez
United States Magistrate Judge